## KING v. STATE.
### No. 22622.

Court of Criminal Appeals of Texas.
Nov. 10, 1943.

B. B. Chappell, of Lubbock, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted of the burglary of a private residence at nighttime and assessed a penalty of fifteen years by a jury verdict.

The appeal is before us without bills of exception and without statement of fact. The procedure is regular. Nothing is presented for our consideration.

The judgment of the trial court is affirmed.